

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

July 28, 2026

**Via ECF**
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

> Re:  ***Zarate Arango v. Noem, et al.,* 26-cv-09423 (MEF)**
> **Adjournment of Petitioner's Bond Hearing**

Dear Judge Farbiarz:

This Office represents Respondents in this immigration habeas matter. We write to respectfully respond to the Court's July 27, 2026 Text Order (ECF No. 2) directing, among other things, that "[a] bond hearing shall be conducted on or before July 29 at 11:00am, unless, by July 28 at 5:00pm, the Respondents file a letter explaining [ ] (i) that the Petitioner has asked to adjourn the bond hearing."

Immediately upon receiving the Court's Text Order, our Office forwarded it to U.S. Immigration and Customs Enforcement ("ICE") and requested that they schedule the bond hearing in accordance with the Court's Order. ICE immediately sent the Court's Order to the Executive Office of Immigration Review ("EOIR") to schedule the bond hearing. Petitioner's counsel, Pasquale F. Giannetta, Esq., sent an email to our Office that was received after ICE sent the Court's Order to EOIR, advising that Petitioner is requesting an adjournment. However, EOIR has already scheduled the bond hearing for tomorrow morning, July 29 at 10:00 a.m., in compliance with the Court's Order. Therefore, Petitioner's counsel has advised our Office that he will appear tomorrow morning to request the bond redetermination be rescheduled for a time Petitioner is ready to proceed.

We therefore respectfully request leave of the Court to file another update after the bond hearing is conducted. We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   /s/ Jessica Laserna
JESSICA LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (via ECF)

SO ORDERED.
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: Jy 28, 2026

2